STATE OF NEW JERSEY v. JERRY H. FUCHS.

July 7, 1971.  Petition for certification granted.

STATE OF NEW JERSEY v. THOMAS LUDLOW.

July 7, 1971.  Petition for certification denied.

ROBERT J. HERLICH, ET AL. v. BOARD OF CHOSEN FREE-
HOLDERS OF SOMERSET COUNTY.

July 7, 1971.  Petition for certification denied.

JOSEPH J. IMHOFF v. JOSEPH J. IMHOFF, ET AL.

July 7, 1971.  Petition for certification denied.

STATE OF NEW JERSEY v. ROY JAMES BERRY.

July 7, 1971.  Petition for certification denied.

JERRY FITZGERALD ENGLISH, ETC. v. WILLIAM T.
CAHILL, GOVERNOR OF NEW JERSEY, ET AL.

July 7, 1971.  Petition for certification denied.